S/I

1  Catherine Yvonne Anderson

2  katie3618@hotmail.com

3  6000 Sherwood LN SE

4  Lacey, Washington 98513

5  Plaintiff in Pro Per

6

7

**FILED**
CLERK, U.S. DISTRICT COURT

3/22/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___mz___ DEPUTY

8               **United States District Courts for the**

9           **Central District for California in Los Angeles**

10

11  Catherine Yvonne Anderson,          Case No: 2:24-cv-02507-AB-SP

12          Plaintiff,

13          VS.                          **COMPLAINT FOR**

14

15  CARNIVAL CORPORATION &
    PLC and its subsidiary, Cunard Line,   (1) VIOLATION OF UNRUH
16  North America Team, the ship's owner       CIVIL RIGHTS ACT, CIVIL
17          Defendant.                         CODE §§ 51, 52.
    C/O Agent, 1505 Corporation          (2) NEGLIENT HIRING,
18  C. T. Corporation System                 SUPERVISION AND/OR
19                                           RETENTION

20

21

22

23

24

25

26

27

28

1

Complaint

## Jurisdiction

1. This court has jurisdiction under 28 U.S.C. §1332 because there is diversity of citizenship and an amount in controversy greater than $75,000.

## Venue

2. Venue is proper pursuant to 28 U.S.C. §1391 because the events giving rise to this complaint happened in this district and because Cunard's Passenger Contract recommends the venue shall be litigated before the United States District Courts for the Central District of California in Los Angeles.

## Parties

3. Plaintiff CATHERINE YVONNE ANDERSON is an individual who resides at 6000 Sherwood LN SE, Lacey, Washington 98513 in Thurston County, State of Washington.

4. The Defendant CARNIVAL CORPORATION & PLC and its subsidiary, Cunard Line, North America Team, C/O Agent 1505 Corporation, C. T. Corporation System are authorized to do business in the State of California and operate in the County of Los Angeles, State of California. Carnival Corporation & PLC and its subsidiary, Cunard Line, North America Team, reported fourth quarter and full year revenue ending 2023, were $21.6 Billion, an all-time high. There are over 160,000 employees, who represent 150 countries.

5. Plaintiff is presently unaware of the true names and capacities of the

Defendants sued and therefore will sue said Defendants by fictitious names. Plaintiff will amend this Complaint to allege the true names and capacities of such fictitiously named Defendants when their names and capacities have been ascertained. Plaintiff is informed, believe, and based thereon, allege that each of the fictitiously named Defendants is responsible in some manner for the occurrences, acts and damages caused by their conduct. Carnival Corporation and its subsidiaries, Defendants will sometimes be referred to collectively as "Defendants."

6. Plaintiff is informed and believe based on thereon allege, that Defendants, and each of them were the agents, employees and partners were acting within the course and scope of the agency or joint venture.

7. Plaintiff is informed and believes and thereon alleges that at all relevant times, Defendants acted in concert, conspired, and agreed among themselves to commit the wrongful acts and practices, with the consent and approval of each of the Defendants. Plaintiff is informed and believes thereon allege that each defendant is liable as a direct participant and/or aider of the wrongful acts and practices alleged herein.

## Statement of Facts

8. Booking Confirmation was canceled by Cunard on April 23, 2023: Ship:

Queen Mary 2; Embarkation Date: April 23, 2023; Embarkation Point: Southampton Embarkation; Terminal: Ocean Cruise Terminal (Berth 46/47 to final Berth 101); Stateroom: 6293 (Deck 6), Assembly Station: L and Cruise Number: M310. See Exhibit A.

9. On April 30, 2023, the Plaintiff boarded the aircraft chartered by Cunard and sat in the rear on the right side across from the berthing divan. The berthing divan was occupied with three large dogs and two adults (female and male). The aircraft departed Farnborough, United Kingdom to Teterboro, New Jersey. The adult male that sat across from the Plaintiff consumed 4 (four) restaurant size 5-ounce glasses of wine within first three hours of the flight - at 40,000 feet.

10. Plaintiff was watching a movie that she downloaded to her phone. Suddenly, Plaintiff felt a hard hit to her face - her eyeglasses were knocked off her face, her neck smashed down to her right shoulder and her head violently hit the back of the seat. The adult male's full body weight landed on the Plaintiff - it was complete dead weight, as he did not attempt to break his fall. He then pushed himself off the Plaintiff to stand up - applying pressure to Plaintiff's hip region.

11. Plaintiff immediately notified with her daughter's assistance, Cunard's United Kingdom (U.K.) Chaperone Celine Pretorius of the incident, and explained to her that Plaintiff was experiencing discomfort, with pain, numbness, and tingling radiating down her right arm to fingers, neck, shoulder and back. The

Chaperone said she would allow the New Jersey (N.J.) Chaperone to take over once the aircraft landed in Teterboro, New Jersey. As the airplane landed and guests deplaned to the airport terminal, the U.K. Chaperone did not introduce/recognize the Plaintiff as the injured guest to the N.J. Chaperone, Dianne Ross. Plaintiff painfully approached the N.J. Chaperone, Dianne, to share with her that the pain, numbness, and tingling had increased. Plaintiff explained to her that the U.K. Chaperone Celine, said she would allow the N.J. Chaperone to take over due to Plaintiff's injuries. See Exhibit B.

12. The N.J. Chaperone Dianne, stated to the Plaintiff that she was in the middle of getting transportation for the guests. Plaintiff explained to Dianne that she was a guest also, was injured and required medical attention. Dianne then turned and walked away from Plaintiff. There was no sense of urgency or compassion shown. Now, the pain was debilitating, and Plaintiff was rapidly deteriorating to the point where Plaintiff could barely walk. The weakness in Plaintiff's neck, shoulder and right arm slowed down reflexes in Plaintiff's right arm and right pelvis region.

13. The N.J. Chaperone, Dianne, provided Plaintiff with transportation after all the other guests had departed and cleared the airport terminal - which was totally unacceptable. The plaintiff was the very last guest to leave the airport terminal, approximately 30 minutes after all the non-injured guests had departed and cleared the airline terminal, all the while, suffering from sustained injuries which required

priority to leave the airport terminal for immediate medical treatment. The Plaintiff was treated by both Chaperones in an inhumane manner and both of their behaviors were inappropriate.

14. Dianne refused to process transportation for immediate medical care and treatment based on her groundless suspicion of the Plaintiff, arising from her skin color.

15. The actions of Dianne were discriminatory based on race and origin. There is no other plausible explanation for the mistreatment of an injured Plaintiff. This is a clear and deplorable instance of discriminatory mistreatment and racial profiling. The treatment of the Plaintiff by Dianne was humiliating, inhumane and demeaning.

16. The Defendants have refused to take any responsibility for discriminating against the Plaintiff, or to acknowledge the pain, which has not fully resolved since April 30, 2023, suffering, humiliation, no sense of urgency, no compassion and anguish caused by their chaperones, the other guest, or their company. The Plaintiff requested the other guest who fell on her to give his contact information, and he refused. The Plaintiff had submitted a Demand Letter for Personal Injury, Damages and Compensation for chaperones' behavior, the Defendants have not responded to the letter (the Plaintiff only received the computer-generated email message). The Plaintiff has sent emails and made several telephone calls and

filings with California and Washington State Attorney Generals without receiving a response from Cunard.

17. See Exhibit C for Plaintiff's contact to the Defendants via email messages to receive damages and a copy of the incident report from the April 30, 2023 incident.

18. On July 6, 2023, Plaintiff sent additional information to the Defendants, and no computer-generated receipt was received by the Plaintiff, nor did the Plaintiff receive responses from any of the submitted email messages.

19. The Plaintiff's contact to the Defendants via telephone conversations to receive damages, and a copy of the incident report from the April 30, 2023 incident are as follows:

June 5, 2023, Cunard, clerk said Suzanne would call before close of day, she did not.

June 28, 2023, Cunard, clerk Candy, no response from Passenger Claims.

August 3, 2023, Cunard, called Chaperone Dianne, no response.

August 16, 2023, spoke with Cunard, clerk Toni - no response from Passenger Claims.

20. The Plaintiff was treated as not worthy of any consideration.

21. On April 30, 2023, the Plaintiff, a senior citizen, was admitted to the

Complaint

Elmhurst Hospital Center, Adult Emergency Department in New York and was discharged on May 1, 2023. The Emergency Room physician diagnosed the Plaintiff with a neck injury.

22. On April 30, 2023, CT scan taken of Plaintiff's cervical spine showed mild facet hypertrophic changes at Elmhurst Hospital Center Adult Emergency Department.

23. On April 30, 2023, the Plaintiff's daughter, grand dog, and Plaintiff were to tour New York and have dinner before departing to final destinations and temporary destinations, respectively - her home in Los Angeles, California, and Plaintiff's temporary destination, Savannah, Georgia to visit her 89-year-old Mom before going to her home in Lacey, Washington. The loss of Plaintiff's New York trip was disrupting as well as Plaintiff's visit with her mom in Savannah, Georgia.

24. On May 5, 2023, Plaintiff sought further medical treatment from St. Joseph/Candler Urgent Care in Savannah, Georgia and a Sports Medicine professional examined the Plaintiff and said there was too much inflammation being pressed on the nerve in Plaintiff's neck, causing severe pain, numbness, and weakness to radiate down her right arm to fingers. After the exam, Plaintiff was immediately administered a Dexamethasone Sodium injection. Additionally, Plaintiff received a prescription to fill for Medrol (Pak) 4 mg tablets in a dose pack and diagnosed with cervical radiculopathy.

25. On May 17, 2023, Plaintiff's symptoms were not improving, continued to have pain in her right arm and hand/fingers and tingling with weakness. Plaintiff received a refill prescription for Medrol Pak (4 mg tablets in dose pack) and TiZANidine 4 mg tablets for pain and suffering. The physician stressed to continue with the medications because the "healing is going to take some time."

26. On June 20, 2023, Plaintiff's symptoms were unchanged and sought. medical treatment at Kaiser Olympia Urgent Care for continuing discomfort with pain in her neck, shoulder and right arm with tingling and numbness to her 4th and 5th fingers. Medications and procedure prescribed were: Toradol 60 mg IM, Tylenol 650 mg tabs, Trigger Point Injection-trapezius muscle and upper spine x-ray now show abnormalities-small osteophytes (bone spur) in C4-C5 regions.

27. On June 20, 2023, x-ray taken of Plaintiff's upper spine show small anterior endplates osteophytes (bone spurs) at C4-C5 disc level at Kaiser Permanente WA Olympia Urgent Care. Plaintiff did not have any abnormalities to her upper spine before the traumatic injury on April 30, 2023.

28. On July 25, 2023, and thereafter, Plaintiff's Urgent Care physician referred her to the Physical Therapy Department for further medical treatments at Kaiser Permanente, Olympia, Washington. See Exhibit D.

## Claim I

**VIOLATION OF UNRUH CIVIL RIGHTS ACT, CAL. CIV. CODE §§ 51-52**

Complaint

29. The Plaintiff incorporates by reference Paragraphs 1-16 inclusive, hereof as though fully set forth herein.

30. The Unruh Act provides that all persons, regardless of their race, color, ancestry and/or national origin, "are entitled to the full and equal accommodations, advantages, facilities, privileges, or services in all business establishments." Cal. Civ. Code § 51(b). To establish a cause of action under the Unruh Act, the following elements are required: (1) a protected class; (2) a business establishment; (3) discriminatory business practices; and (4) discriminatory intent. California Civil Code § 52(a) provides: "Whoever denies, aids or incites a denial, or makes any discrimination or distinction contrary to Section 51 is liable for each and every offense for the actual damages suffered by any person denied the rights provided in Section 51." Cal. Civ. Code § 52(a).

31. The Plaintiff is Black and is within the class protected by the Unruh Act.

32. Defendant Carnival Corporation & PLC and its subsidiary, Cunard Line (North America Team) are business establishments for the purpose of the Unruh Act. 30. On April 30, 2023, Defendants subjected the Plaintiff to a discriminatory business practice with discriminatory intent when refusing to or otherwise preventing immediate transportation for medical care from sustained injuries by another guest.

33. Defendants conduct denied, incited a denial of, discriminated, and/or made

a distinction based on Plaintiff's race, color, and/or national origin that denied Plaintiff full and equal accommodations, advantages, facilities, privileges, and/or services in violation of the Unruh Act.

34. Defendants acted intentionally to deny, incite a denial of, discriminate, and/or make a distinction based on Plaintiff's race, color and/or national origin that denied Plaintiff public accommodations, advantages, facilities, privileges, and/or services.

35. A substantial motivating reason for Defendants' conduct was Defendants' perception of Plaintiff's race, color, and/or national origin.

36. Defendants' conduct was a substantial factor in causing Plaintiff's further bodily harm and pain from receiving immediate transportation for medical treatment by providing transportation for the other non-injured guests first, whereas the Plaintiff was subjected to remain in the airline terminal approximately 30 minutes more after all the other non-injured guests had departed. The Plaintiff and her family were the last to depart the airline terminal.

37. The result of the Defendants' unlawful discriminatory actions, Plaintiff has and will continue to suffer great shame, humiliation, inconvenience mental suffering, and other damages.

38. Defendants' violation of the Unruh Act entitles Plaintiff to recover statutory damages.

Complaint

## Claim II

### NEGLIENT HIRING, SUPERVISION AND/OR RETENTION

### (Plaintiff against all Defendants)

39. The Plaintiff incorporates by reference Paragraphs 1-36, inclusive hereof as though fully set forth herein.

40. Defendants hired and retained the United Kingdom and New Jersey Chaperones (collectively, the "Employees") who were present on the chartered jet and in the Teterboro airline terminal, respectfully, and who subjected Plaintiff to each of them, to a discriminatory business practice with discriminatory intent when refusing to provide immediate transportation for sustained injuries, or otherwise preventing Plaintiff from being introduced to the receiving Chaperone or provided a copy of the incident report.

41. The Employees were unfit to perform the work for which they were hired.

42. Defendants knew or should have known that the Employees were unfit and/or incompetent and that this unfitness and/or incompetence further harmed Plaintiff.

43. As described above, Defendants' negligence in hiring, screening, training, supervising and/or retaining the Employees in a competent manner is a substantial factor in causing Plaintiff further harm.

44. The result of Defendants' negligence, Plaintiff has and will continue to

Complaint

suffer damage.

45. Plaintiff is informed and believes, and based thereon allege, that

Defendants, in doing the things herein alleged, had advance knowledge of the

unfitness of the Employees and employed them with a conscious disregard of the

rights or safety of their guests, and acted willfully, maliciously, oppressively, and

despicably with the full knowledge of the adverse effects of their actions on the

Plaintiff, and with willful and deliberate disregard of the consequences to Plaintiff.

By reason thereof, and Plaintiff is entitled to an award of punitive damages

pursuant to California Civil Code section 3294(b).

### **Request for Relief**

WHEREFORE, the plaintiff requests:

46. For statutory damages pursuant to California Civ. Code Section 52(a);

47. For punitive damages (as to Claim II only);

48. A declaratory judgment declaring that the Unruh Civil Rights Act,

California Civil Code Section 51, applies to Defendants and that Defendants'

actions violated the Unruh Civil Rights Act, and

49. Any further relief which the court may deem just and appropriate.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: March 22, 2024

*Catherine Yvonne Anderson*

Catherine Yvonne Anderson

Plaintiff in Pro Per

Complaint

# Exhibit A

Exhibit A *16*





**CUNARD**

| | |
|---|---|
| Westbound Transatlantic Crossing | Ms Bruen, |
| Southampton, England, UK to New York, NY, USA • | We look forward to seeing you on board. |
| Queen Mary 2 | |
| April 23, 2023 • 7 Nights • M310 | |

Booking 2MXR4X

March 14, 2023

Dear Ms Bruen,

Thank you for choosing to sail with Cunard®. It is our goal to make your voyage experience enjoyable from start to finish.

Please review your booking confirmation. In particular:

- Verify that the Booking Summary information reflects the correct ship, date and destination.

- Verify that each guest's full name on the booking matches their passport or other travel document.

- If you have chosen to purchase Cunard® CompleteAir, please verify that the air city code is your correct home city. If you have purchased air independently please provide your flight details.

- We strongly recommend that you secure CunardCare® travel protection when you sail with us. While we hope you never have to use it, the policy will ensure you're able to relax and enjoy your voyage with the peace of mind that you're protected should you need it.

- To view our most up-to-date vaccination policies, visit Cunard.com/sailing-with-confidence.

- The cruise itinerary will show the ports you will be visiting, as well as any pre- or post-voyage hotel collection packages and transfers you have selected.

- The payment schedule shows your deposit and payment due dates. If you have selected CunardCare Travel Protection, you will not be considered covered until the plan cost has been paid. You may specify at time of deposit that you wish to pay for CunardCare Travel Protection.

- No later than 24 hours prior to your cruise vacation, make sure everyone in your travel party accepts the Passage Contract in My Cunard. This document is required for boarding.

Visit My Cunard.com today to customize your booking and plan memorable moments. You'll also be able to check and update your travel documents, and print your e-tickets and luggage labels.



When booking a cruise before the cancellation fee period, CunardCare may be purchased or declined up until the day prior to the beginning of the first cancellation fee period. CunardCare is available to residents of the United States (except for the state of New York) and Canada (except for Quebec). At Ease Waiver program is available for residents of New York, Quebec, Mexico, Puerto Rico, and Bermuda. Contact (888) 722-2195 or visit Cunard.com/AtEase for details.

Payment for CunardCare must be received with the booking deposit or full payment. CunardCare Guest Protection becomes effective upon Cunard's receipt of the plan cost and is non-refundable within the cancellation fee period. All other benefits are effective at time of departure. A complete plan description detailing terms, conditions and exclusions is available at https://www.cunard.com/en-us/advice-and-policies/cunardcare-guest-protection.

IMPORTANT NOTICE:    The terms and conditions which govern this booking and cruise are set forth in the Passage Ticket and Contract, a copy of which is available from your travel advisor or Cunard. Please read all sections carefully as they affect your legal rights, particularly with respect to cancellation (Section 6), the provision of medical care (section 12) and the Carrier's liability and your legal rights (Sections 13 through 16).

Cunard is a trading name of Carnival plc, a UK public limited company.

Fees for processing foreign transactions vary from bank to bank, and are not within the control of Cunard. Please contact your issuing bank if you have any questions related to foreign transaction fees.
Affiliate Marketing Opt Out
Cunard Line is providing this notice.
Federal law gives you the right to limit some but not all marketing from Cunard Line. Federal law also requires us to give you this notice to tell you about your choice to limit marketing from Cunard Line. You may limit our affiliates, including as our sister cruise lines in the Carnival Corporation, from marketing their products or services to you based on personal information Cunard Line provides them. This information includes your name, your address, and your history of cruising. Your choice to limit marketing offers will apply for 5 years from when you tell us your choice. Once that period expires, you will receive a renewal notice which will allow you to limit marketing offers for another 5 years. If you have already made a choice to limit marketing offers from us, you do not need to act again until you receive the renewal notice.
To limit affiliate marketing offers, contact us toll free at: 866-329-2871

Exhibit A 216





CUNARD

Ms Tomika Bruen
6000 Sherwood Ln Se
Lacey, WA, 98513-2212

March 14, 2023

## Booking Summary
2MXR4X

| | | | |
|---|---|---|---|
| Voyage / Dest: | M310 / 7 Days  Transatlantic | Stateroom /Cat: | 6293 / BY - Balcony |
| Ship: | Queen Mary 2 | Dining Request: | First Sitting / Confirmed |
| Embarkation: | 23 April 2023 / Southampton, England, UK | Restaurant: | Britannia Rest |
| Disembarkation: | 30 April 2023 / New York, NY, USA | | |

### Guests

| | |
|---|---|
| Last Name: | Bruen |
| First / Middle Name: | Tomika  Nmn |
| Age: | 49 |
| World Club Member: | 8611727575 |
| Guest Protection: | Yes |
| Cunard® CompleteAir: | No |
| Air City | |

### Pricing Details

| All amounts are quoted in: | U.S. Dollars |
|---|---|
| Fare: | 1,999.00 |
| Special Services: | 800.00 |
| CunardCare: | 179.91 |
| Taxes, Fees & Port Expenses: | 98.52 |
| Total Fare: | 3,077.43 |
| Onboard Credit: | |

| | |
|---|---|
| Last Name: | Anderson |
| First / Middle Name: | Catherine  Yvonne |
| Age: | 69 |
| World Club Member: | 8611727576 |
| Guest Protection: | Yes |
| Cunard® CompleteAir: | No |
| Air City | |

| All amounts are quoted in: | U.S. Dollars |
|---|---|
| Fare: | 1,999.00 |
| CunardCare: | 179.91 |
| Taxes, Fees & Port Expenses: | 98.52 |
| Total Fare: | 2,277.43 |
| Onboard Credit: | 100.00 |

### Payment Details

Fare paid.
Effective December 4, 2021, Future Cruise Credits previously applied as a discount will be reflected in the Total Amount Received.  Please refer to https://www.cunard.com/en-us/contact-us/guide-to-booking-online/using-fcc-online for more details.

### Pricing Totals

| All amounts are quoted in: | U.S. Dollars |
|---|---|
| Fare: | 3,998.00 |
| Special Services: | 800.00 |
| CunardCare: | 359.82 |
| Taxes, Fees & Port Expenses: | 197.04 |
| Total Fare: | 5,354.86 |
| Onboard Credit: | 100.00 |

| | |
|---|---|
| Total Amount Received: | 5,354.86 |
| From Cash/other payments | 5,354.86 |
| Net Due: | 0.00 |

## Cruise Itinerary

| Date | Description | Start | End | Date | Description | Start | End |
|---|---|---|---|---|---|---|---|
| Apr 23 | No Transfer To Ship | | | Apr 27 | At Sea | | |
| Apr 23 | Southampton | | Embark | Apr 28 | At Sea | | |
| Apr 24 | At Sea | | | Apr 29 | At Sea | | |
| Apr 25 | At Sea | | | Apr 30 | New York | | Disembark |
| Apr 26 | At Sea | | | Apr 30 | No Transfer From Ship | | |

To contact Cunard by phone: 1 800 728 6273

Fwd: Important information regarding your voyage

Tomika B. <tomikab611@gmail.com>

Sun 4/23/2023 1:51 AM
To:Katie3618 3618 <katie3618@hotmail.com>

*Exhibit A  3/6*

Sent from my iPhone

Begin forwarded message:

> **From:** Cunard <sailaway@emails.cunard.com>
> **Date:** April 23, 2023 at 9:45:37 AM GMT+1
> **To:** tomikab611@gmail.com
> **Subject: Important information regarding your voyage**
> **Reply-To:** Do not reply <noreply@emails.cunard.com>

If you are having problems viewing this email click here.



# CUNARD

## Important information about your upcoming voyage

### Booking reference: 2MXR4X

Dear Ms Bruen,

Queen Mary 2 arrived into Southampton last night for assessment of a technical issue. Unfortunately, after further investigation, it has been confirmed that this work will take longer to resolve than anticipated and the ship is unable to sail until this is completed.

Therefore, we are so sorry to advise that voyage M310/A on Queen Mary 2 can no longer continue as planned to New York and is now cancelled.

You will receive a full refund and a Future Cruise Credit of 20% of monies paid. This will be set up automatically and will be registered to your Cunard World Club number. You will be able to use this Future Cruise Credit on any future booking booked prior to 23rd April 2025.

Exhibit A

Any shore experiences purchased for this voyage will also be fully
refunded to the original payment method.

If you booked your voyage as part of a holiday package with a third party
tour operator, your operator will be in touch with you regarding any gesture
of goodwill.

Once again, we are sincerely sorry for the inconvenience this will cause.

Kind regards,

Cunard



QUEEN MARY 2     QUEEN VICTORIA     QUEEN ELIZABETH     QUEEN ANNE

Exhibit A 5/6

## ATTN: , 2MXR4X - Tomika Bruen - Cancellation Notification

reservations@edocs.cunard.com <reservations@edocs.cunard.com>
Wed 4/26/2023 9:05 AM
To:KATIE3618@HOTMAIL.COM <KATIE3618@HOTMAIL.COM>

📎 1 attachments (118 KB)
CancellationNotice-2MXR4X.pdf;

Please See Attached File.

REPLIES TO THIS EMAIL ADDRESS ARE NOT READ.

If you have received this email in error or do not wish to receive mailings from us, please use the following link to send a BLANK EMAIL and be removed from our mailing list. Unsubscribe. Only the email address sending the email will be removed. No one reads these emails - They are processed automatically - listing other email addresses in the email has no effect.

Your request is processed within 24 hours, however please allow up to 7 days for all mail to stop.



**CUNARD** Exhibit A 6/6

**Cancellation Notification**

BOOKING 2MXR4X

April 26, 2023

Ms Tomika Bruen
(808) 489-7530
6000 Sherwood Ln Se
Lacey, WA, 98513-2212

| | |
|---|---|
| Voyage / Dest: | **M310 / 7 Days Transatlantic** |
| Ship / Registry: | **Queen Mary 2 / Bermudan** |
| Embarkation: | **April 23, 2023 / Southampton, England, UK** |
| Disembarkation: | **April 30, 2023 / New York, NY, USA** |
| Stateroom / Cat: | **Guar / BY    Twin - Not Convertible** |

| | |
|---|---|
| Dining Request: | **First Sitting / Confirmed** |
| Restaurant: | **Britannia Rest / Non-Smoking** |

## IMPORTANT NOTICES

### FARE INFORMATION
All amounts are quoted in **U.S. Dollars.**

| Guest: | Ms Tomika Bruen | Ms Catherine Anderson | Totals |
|---|---|---|---|
| Fare: | 1,999.00 | 1,999.00 | **3,998.00** |
| Special Services: | 800.00 | | **800.00** |
| CunardCare: | 179.91 | 179.91 | **359.82** |
| Taxes, Fees & Port Expenses: | 98.52 | 98.52 | **197.04** |
| **Total Fare:** | 3,077.43 | 2,277.43 | **5,354.86** |
| NCF*: | 315.00 | 315.00 | **630.00** |
| Onboard Credit: | | 100.00 | **100.00** |

* Included in Cruise Fare.

### CANCELLATION FEES

| Guest: | **Ms Tomika Bruen** | **Ms Catherine Anderson** | Totals |
|---|---|---|---|
| **None:** | | | |

# Exhibit B

Exhibit B    1/13



Ms Catherine Anderson
Stateroom 6293
2MXR4X

26 April 2023
In the port of Southampton, United Kingdom

Dear Ms Anderson,

Thank you again for your patience and understanding during the recent change to our itinerary.

We are pleased to inform you that we have now secured a private air charter service onboard a 13-seater Bombardier Global Express aircraft (via Fly Alliance) to repatriate you and your dog/s safely to New Jersey. The flight details are now confirmed as below:

Sunday 30 April 2023
- Depart Farnborough    1100 (Local Time)
- Arrive Teterboro, NJ    1315 (Local Time)
- Flight time 8 hours 15 minutes

There are several requirements which you will need to comply in order to take this flight.

- 1 x 15kg medium soft sided item of luggage per person **only.** Should you need to use the luggage forwarding service, please let Sibiya (Admin Manager) know and she can assist you in completing the necessary arrangements.
- You must have a muzzle on the plane for your dog should it need to be used for any reason.
- Your dog must be on a lead at all times.
- Your dog is not required to be crated and will be in the cabin itself with you.
- There will be no onboard entertainment system or wifi on board the aircraft so please download any entertainment you may require prior to leaving the ship.
- There will be limited in flight food/drink (snacks only), however, we will prepare a packed lunch and drinks for you.  Any special dietary requirements, please let Sibiya know as soon as possible.
- We will provide a water bowl for your dog to take with you (water will be onboard).
- Please take a blanket for your dog so they have something to be comfortable on.
- You alone will be responsible for supervising your dog and for any of its actions whilst on the aircraft. For the benefit of other guests, we will ask you to confirm these responsibilities in writing as a condition of boarding/waiver which is being prepared.
- We will provide a number of puppy pads, red disposal bags, disposable gloves, cloths and a dustpan and brush as it is essential to keep the aircraft clean at all times.
- A Cunard representative will also be travelling on board with you as a point of reference.

Upon arrival into Teterboro, a Cunard representative will be on the ground to meet and greet you where you can continue with your independent onward travel arrangements.

Should you require any further assistance, please do not hesitate to contact the Purser's Office on deck 2 in the Grand Lobby or by calling 22200 asking for Sibiya (Admin Manager).

Further details of disembarkation arrangements and luggage labels will be sent under separate cover.

All of us at Cunard sincerely thank you for your ongoing support and understanding during this unprecedented situation.  We wish you well, trust you have a safe journey home and we very much look forward to welcoming you back on board Queen Mary 2.

Yours sincerely,

David Shepherd
Hotel Manager
RMS Queen Mary 2

Exhibit B    2/13

Catherine Yvonne Anderson
CPT (Retired), Army Nurse Corps (AN)
United States Army
6000 Sherwood LN SE
Lacey, Washington 98513

Home: (360) 456-3808
Cell: (808) 489-7530
Email: katie3618@hotmail.com

Date: May 11, 2023

**Personal Injury Demand Letter: For Compensation and Settlement Purposes Only**

Ship: Queen Mary 2
Embarkation Date: April 23, 2023
Embarkation Point: Southampton
Embarkation Terminal: Ocean Cruise Terminal (Berth 46/47 to final Berth 101)
Stateroom: 6293 (Deck 6)
Assembly Station: L
Cruise Number: M310

At Fault: Cunard Guest (with 3 dogs) refused to provide contact information
Claimant: Catherine Yvonne Anderson
Date of Personal Injury: April 30, 2023

Dear Cunard Line Guest Relations Representatives,

I hereby demand payment of $100,000.00 in full to permanently close the Compensation and Settlement Damages. The offer is reasonable and should be accepted for the following reasons:

On April 30, 2023, I boarded the aircraft chartered by Cunard and sat in the rear on the right side across from the berthing divan. The berthing divan was occupied with 3 large dogs and 2 adults (female and male). The aircraft departed Farnborough, United Kingdom to Teterboro, New Jersey. The adult male that sat across from me consumed 4 (four) restaurant size 5-ounce glasses of wine within first three hours of our flight - at 40,000 feet.

I was watching a movie that was downloaded to my phone. Suddenly, I felt a hard hit to my face - my eyeglasses were knocked off my face, my neck smashed down to my right shoulder and my head violently hit the back of my seat. The adult male's full body weight landed on me - it was complete dead weight, as he did not attempt to break his fall. He then pushed himself off me to stand up - applying pressure to my hip region.

I immediately notified Cunard's United Kingdom (U.K.) Chaperone, Celine of the incident, and explained to her that I was experiencing discomfort, with pain, numbness, and tingling radiating down my right arm to fingers, neck, shoulder and back.

The Chaperone said she would allow the New Jersey (N.J.) Chaperone to take over once we landed in Teterboro, New Jersey. As we landed and deplaned to the airport terminal, the U.K. Chaperone did not introduce/recognize me as the injured guest to the N.J. Chaperone. I painfully approached the N.J. Chaperone, Diane, to share with her that the pain, numbness, and tingling had increased. I explained to her the that the U.K. Chaperone, Celine, said she would allow her to take over due to my injuries.

Exhibit B 3/15

The N.J. Chaperone, Diane stated that she was in the middle of getting transportation for the guests. I explained to Diane that I was a guest also, and I was injured and required medical attention. She then turned and walked away.

There was no sense of urgency or compassion shown. Now, the pain was debilitating, and I was rapidly deteriorating to the point where I could barely walk. The weakness in my neck, shoulder and right arm slowed down reflexes in my right arm and right pelvis region. The N.J. Chaperone, Diane, provided me with transportation after all the other guests had departed and cleared the airport terminal - which was totally unacceptable. I was the very last guest to leave the airport terminal, all the while, suffering from my sustained injuries which required priority to leave the airport terminal for immediate medical treatment. I was treated in an inhumane manner. Both Chaperones' behaviors were inappropriate.

On April 30, 2023, I was admitted to the Elmhurst Hospital Center, Adult Emergency Department in New York and was discharged on May 1, 2023. See details below and attached medical sheets:

| Elmhurst Hospital Center, Adult Emergency Department 79-01 Broadway Queens, New York 11373 718-334-3054 | |
|---|---|
| Emergency Department Visit | $870.32 |
| | |
| Radiology, Imaging Tests | |
| CT Cervical Spine without contrast | $487.68 |
| DX Chest 2 Views | $233.83 |
| DX Elbow Comp Right | $233.83 |
| DX Hand Comp Right | $233.83 |
| DX Pelvis Complete | $322.40 |
| DX Shoulder Complete Right | $233.83 |
| | |
| Emergency Department Pharmacy | |
| Ibuprofen 600 Mg Tabs | $0.30 |
| Lidocaine 5% 5% Ptch | $92.79 |
| Methocarbamol 500 Mg Tabs | $0.93 |
| | |
| Walgreen/s Pharmacy | |
| Ibuprofen 600 Mg Tabs | $1.43 |
| Methocarbamol 750 Mg Tabs | $0.47 |

My symptoms were not improving from April 30, 2023, Elmhurst Hospital Center, Adult Emergency Department visit.

On May 5, 2023, I sought further medical treatment from St Joseph/Candler Urgent Care in Savannah, Georgia and was seen by a Sports Medicine professional that said there was too much inflammation being pressed on the nerve in my neck, causing severe pain, numbness, and weakness to radiate down my right arm to fingers. After the exam, I was immediately administered a Dexamethasone Sodium injection. Additionally, I was provided a prescription to fill for Medrol (Pak) 4 mg tablets in a dose pack. See details below and attached medical sheets:

Exhibit B H/3

| St Joseph/Candler Urgent Care<br>361 Commercial Drive<br>Savannah, Georgia<br>912-355-6221 | |
| --- | --- |
| Urgent Care Visit | $141.00 |
| Dexamethasone Sodium Phos | $50.00 |
| Admin Inj | $59.00 |
| | |
| DOD Hunter Pharmacy | |
| Medrol (Pak) 4 mg tablets in a dose pack | $0.00 |

On April 30, 2023, my daughter, grand dog, and I were to tour New York and have dinner before departing to our final destinations and temporary destinations, respectively - her home in Los Angeles, California, and my temporary destination, Savannah, Georgia to visit my 89-year-old Mom before going to my home in Lacey, Washington. The loss of our New York trip was disrupting as well as my visit with my Mom in Savannah, Georgia.

**Compensation $30,000.00** Inhumane treatment and inappropriate behaviors - no sense of urgency from Cunard's Chaperones (U.K. and N.J.)

**General Damages $30,000.00**
- Pain and Suffering - constant and radiating pain, slow nerve healing - ongoing.
- My medical recovery will take some time due to my age of 69 years and 7 months.
- Daily living and quality of life has forever been affected after the sustained injuries.
- The nerve in my neck is inflamed and pinched/bruised: pain, numbness, tingling and weakness - ongoing.
- Application of heat and ice - 2-3 times a day - ongoing.
- Self-massage to help relieve symptoms - ongoing.
- Rest and exercises, as prescribed by the doctor, independent at home - ongoing.
- Follow-up treatment with Primary Care and Physical Therapy - ongoing.

**Special Damages $40,000.00** Medical, imaging, pharmacy, losses of trip and dinner in New York with my daughter and grand dog and visit with my Mom in Savannah, Georgia

**Total Compensation, General and Special Damages $100,000.00**

I look forward to receiving a response within 14 days of this letter's date.

Thank you in advance for your courtesy and cooperation.

Very respectfully,


Catherine Y. Anderson

*Exhibit B 5/13*

Catherine Yvonne Anderson
CPT (Retired), Army Nurse Corps (AN)
United States Army
6000 Sherwood LN SE
Lacey, Washington 98513
Home: (360) 456-3808
Cell: (808) 489-7530
Email: katie3618@hotmail.com

Date: July 6, 2023

### Addendum to Personal Injury Demand Letter: For Compensation and Settlement Purposes Only

Ship: Queen Mary 2 Embarkation
Date: April 23, 2023
Embarkation Point: Southampton
Embarkation Terminal: Ocean Cruise Terminal (Berth 46/47 to final Berth 101)
Stateroom: 6293 (Deck 6)
Assembly Station: L
Cruise Number: M310 and Booking Confirmation Number: 2MXR4X

Nationwide Mutual Insurance Company and Affiliated Companies, Columbus, OH
Plan Number: NWECPR01
CuncardCare Guest Protection
Aon Affinity
900 Stewart Avenue
Garden City, NY 11530-9998
(800) 323-3153 or (516) 342-7262
aontravelclaim.com

At Fault: Cunard Guest (with 3 dogs) refused to provide contact information
Claimant: Catherine Yvonne Anderson
Date of Personal Injury: April 30, 2023

Dear Cunard Line Guest Relations Representatives,

Please see additional treatment summaries and attached files. Additionally, I purchased CunardCare Guest Protection for the April 23-30, 2023, TransAtlantic Crossing.

On May 17, 2023, my symptoms were not improving, continues to pain in my right arm and hand/fingers, and tingling with weakness. I was provided with prescriptions - see table. Pain and suffering. Dr. Lomax stressed to continue with the medications because the "healing is going to take some time."

Exhibit B

| May 17, 2023<br>St Joseph/Candler Urgent Care<br>361 Commercial Drive Savannah, Georgia<br>912-355-6221 | |
|---|---|
| No charge for the office visit | $0.00 |
| | |
| DOD Hunter Pharmacy | |
| Medrol (Pak) 4 mg tablets in dose pack | $0.00 |
| tiZANidine 4 mg tablets | $0.00 |

On June 20, 2023, my symptoms were unchanged. I sought medical treatment at Kaiser Olympia Urgent Care for continuing discomfort with pain in neck, shoulder and right arm with tingling and numbness to my 4th and 5th fingers. Medications: Toradol 60 mg IM, Tylenol 650 mg tabs, Trigger Point Injection-trapezius muscle and upper spine x-ray now show abnormalities-small osteophytes (bone spur) in C4-C5 regions

| June 20, 2023<br>Kaiser Permanente Urgent Care<br>700 Lilly Road SE<br>Olympia, Washington 98506 | |
|---|---|
| Olympia Urgent Care | $Pending |
| Medications administered in exam room | |
| Tylenol 650 mg tablets | $Pending |
| Toradol 30 mg intramuscular | $Pending |
| Trigger Point Injection with 4 cc Lidocaine 1% | $Pending |
| | |
| Kaiser Permanente WA Olympia Pharmacy | |
| tiZANidine 2 mg tablets | $1.66 |
| Lidocaine 5% Patch | $59.62 |
| | |
| Kaiser Permanente WA Olympia Radiology | |
| Upper spine x-ray 3V | $41.81 |
| Upper spine x-ray 3V | $124.62 |

On April 30, 2023, CAT Scan taken of my cervical spine show mild facet hypertrophic changes at Elmhurst Hospital Center Adult Emergency Department.

On June 20, 2023, x-ray taken of my upper spine show small anterior endplates osteophytes (bone spurs) at C4-C5 disc level at Kaiser Permanente WA Olympia Urgent Care.

I did not have any abnormalities to my upper spine before the traumatic injury on April 30, 2023.

Appointment scheduled with Physical Therapy on July 25, 2023 @7:45 a.m. at Kaiser Permanente Olympia.  Thank you, Catherine

3/18/24, 2:43 PM                                Mail - Katie3618 3618 - Outlook

Fwd: Photos                    *Exhibit B    1/13*

Tomika B. <tomikab611@gmail.com>
Tue 8/1/2023 10:52 AM
To:Katie3618 3618 <katie3618@hotmail.com>

Begin forwarded message:

> **From:** "Tomika B." <tomikab611@gmail.com>
> **Date:** August 1, 2023 at 10:39:40 AM PDT
> **To:** 6709print@gmail.com
> **Subject: Photos**

To whom it may concern:

My name is Tomika Bruen, daughter and traveling companion of Catherine Yvonne
Anderson from the U.K. to Teterboro Airport, New Jersey on April 30th, 2023.

During the flight back to the United States, I witnessed a male passenger stand up and
then fall backwards on my mother (please see screenshot of seating arrangements).

His wife/significant other/traveling companion yelled, "What are you doing? Get off of
her!" The passenger then sat up and pushed himself off of my mother to stand up.

My mother said she felt numbness and tingling in her right arm and fingers. She asked me
to get the attention of the onboard U.K. chaperone, Celine. Once Celine came to our
seating area, she said she would inform the US chaperone once we arrived in New Jersey
what occurred during the flight. The male passenger would not give my mother his
contact information when she asked.

Upon landing and deplaning, Celine continued on into the airport terminal, but failed to
inform Dianne, the US chaperone, of the incident onboard or of my mother's sustained
injuries.

We did, however, share with Dianne what happened onboard. After all other passengers
were gone from the terminal (including the passenger that fell on my mother), Dianne
shared her contact information (please see screenshot below with date, location and time
stamp).

A ride was called for us. At that time, the driver took my mother to a hospital in close
proximity to our hotel in New York for treatment.

This is my sworn recollection of the events that took place on April 30th, 2023.

Sincerely,

Tomika Bruen

*Exhibit B* 8/13



This is a screenshot from a video I took while onboard - the date and time (GMT+1) are noted. It was my first time flying on a private jet, so the video was meant to document the interior of the aircraft, but it is relevant because it shows the seating arrangements on the plane. My mother is in black on the left and the male passenger is on the right with the dog in front of his feet.



This is another screenshot from a video I took from my seat onboard the chartered jet. My mother is in black to the left and the male passenger is on the right. Here you can see the dogs repositioned themselves, which happened throughout the flight. The date and time (time zone unknown, over Atlantic Ocean in route to New Jersey) are also noted.



*Exhibit B   9/13*



The above screenshot is a picture of Dianne's contact information - she pulled up her information and I took a picture of her phone. The date, location and time (EST) of the photo are noted on the screen shot.

Exhibit B 10 13

Ref # 37476 16

To whom it may concern:

My name is Tomika Bruen, daughter and traveling companion of Catherine Yvonne
Anderson from the U.K. to Teterboro Airport, New Jersey on April 30th, 2023.

During the flight back to the United States, I witnessed a male passenger stand up and then
fall backwards on my mother (please see screenshot of seating arrangements).

His wife/significant other/traveling companion yelled, "What are you doing? Get off of her!"
The passenger then sat up and pushed himself off of my mother to stand up.

My mother said she felt numbness and tingling in her right arm and fingers. She asked me
to get the attention of the onboard U.K. chaperone, Celine. Once Celine came to our seating
area, she said she would inform the US chaperone once we arrived in New Jersey what
occurred during the flight. The male passenger would not give my mother his contact
information when she asked.

Upon landing and deplaning, Celine continued on into the airport terminal, but failed to
inform Dianne, the US chaperone, of the incident onboard or of my mother's sustained
injuries.

We did, however, share with Dianne what happened onboard. After all other passengers
were gone from the terminal (including the passenger that fell on my mother), Dianne
shared her contact information (please see screenshot below with date, location and time
stamp).

A ride was called for us. At that time, the driver took my mother to a hospital in close
proximity to our hotel in New York for treatment.

This is my sworn recollection of the events that took place on April 30th, 2023.

Sincerely,

Tomika Bruen

8/1/2023

Exhibit B  11/13





This is a screenshot from a video I took while onboard - the date and time (GMT+1) are noted. It was my first time flying on a private jet, so the video was meant to document the interior of the aircraft, but it is relevant because it shows the seating arrangements on the plane. My mother is in black on the left and the male passenger is on the right with the dog in front of his feet.



This is another screenshot from a video I took from my seat onboard the chartered jet. My mother is in black to the left and the male passenger is on the right. Here you can see the dogs repositioned themselves, which happened throughout the flight. The date and time (time zone unknown, over Atlantic Ocean in route to New Jersey) are also noted.



Exhibit G    12/13





The above screenshot is a picture of Dianne's contact information - she pulled up her information and I took a picture of her phone. The date, location and time (EST) of the photo are noted on the screen shot.

Exhibit B 13/13

## CALIFORNIA ACKNOWLEDGMENT

CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

On _8/1/2023_ before me, _Rose Moreszes, Notary Public_
    Date                                  Here Insert Name and Title of the Officer

personally appeared _Tomika Bruen_
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ROSE MORESZES
Notary Public - California
Los Angeles County
Commission # 2397544
My Comm. Expires Apr 14, 2026

Signature _Rose Moreszes_
              Signature of Notary Public

Place Notary Seal and/or Stamp Above

## OPTIONAL

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _Cunard_

Document Date: _8/1/2023_                    Number of Pages: _3_

Signer(s) Other Than Named Above: _None_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____               Signer's Name: _____
□ Corporate Officer – Title(s): _____      □ Corporate Officer – Title(s): _____
□ Partner – □ Limited □ General              □ Partner – □ Limited □ General
□ Individual         □ Attorney in Fact      □ Individual         □ Attorney in Fact
□ Trustee            □ Guardian or Conservator □ Trustee           □ Guardian or Conservator
□ Other: _____                     □ Other: _____
Signer is Representing: _____       Signer is Representing: _____

©2018 National Notary Association

# Exhibit C

Personal Injury April 30, 2023 - Cunard Queen Mary 2 Guest: Catherine Yvonne Anderson

Katie3618 3618 <katie3618@hotmail.com>                    *Exhibit C   1/17*

Thu 5/11/2023 11:58 AM

To:guestrelations@cunard.com <guestrelations@cunard.com>
Cc:swittin@cunard.com <swittin@cunard.com>

📎 9 attachments (3 MB)

Catherine Yvonne Anderson Cunard.pdf; Elmhurst.pdf; Express Scripts MembersM.pdf; Express Scripts Membersl.pdf; Express Scripts MembersT.pdf; St Joseph Candler Urgent Care.pdf; SJC Billing.pdf; Elmhurst Billing 1.png; Elmhurst Billing 2.png;

Dear Cunard Line Guest Relations Representatives,

Please see attached files.

Thank you,

Catherine Yvonne Anderson

**Automatic reply: Personal Injury April 30, 2023 - Cunard Queen Mary 2 Guest: Catherine Yvonne Anderson**

Cunard Guest Relations Department (CUNARD) <guestrelations@cunard.com>

Thu 5/11/2023 12:01 PM

To:Katie3618 3618 <katie3618@hotmail.com>

*Exhibit C        2/17*

Hello,

Please accept this response as confirmation that your email has been received.

Our office will be in contact with you via phone and/or email as soon as possible. We would ask for your patience as it may take us longer than normal to respond during a time of unprecedented volumes. Your patience is appreciated.

Once again, we thank you for taking the time to contact us.


Cunard Guest Relations

RE: Booking #: 2MXR4X

*Exhibit C    3/17*

Moore, Susan (PCL) <smoore@cunard.com>
Wed 6/28/2023 5:48 PM
To:Katie3618 3618 <katie3618@hotmail.com>

Thank you I will forward this email for follow up 😊

Thank you for understanding
Candy

**From:** Katie3618 3618 <katie3618@hotmail.com>
**Sent:** Wednesday, June 28, 2023 5:39 PM
**To:** Moore, Susan (PCL) <smoore@cunard.com>
**Subject:** Re: Booking #: 2MXR4X

I sustained injuries on April 30, 2023.

A letter was sent by me to Cunard on May 11, 2023 and I received a confirmation email from Cunard of receipt of my letter.

I called Cunard Customer Service number on June 5, 2023. I spoke with a representative and explained that I was calling for follow-up/update on my letter.

She placed me on hold and returned to inform me that she sent an email to the Passenger Claim Department and they replied. She said, Suzanne sent a email reply back and that she would be calling me today, which was June 5, 2023.

I have not received a telephone call return from Suzanne on June 5, 2023 or from anyone else from Cunard.

I placed the second call today, June 28, 2023 for follow-up/ update from Cunard because, it has been over 30 business days since, I emailed my letter to Guest Services.

Sent from my iPhone

> On Jun 28, 2023, at 5:19 PM, Moore, Susan (PCL) <smoore@cunard.com> wrote:

> Hello Katie,

> Did Suzanne leave you a message ?
> If not they will contact you I had sent a message to have someone contact you
> And just to follow up with you …please disregard Cunard Care info it was incorrect info …

> Thank you
> Candy

Case 2:24-cv-02507-AH-SP    Document 1    Filed 03/22/24    Page 40 of 84    Page ID #:40

**From:** Katie3618 3618 <katie3618@hotmail.com>
**Sent:** Wednesday, June 28, 2023 5:13 PM
**To:** Moore, Susan (PCL) <smoore@cunard.com>
**Subject:** Re: Booking #: 2MXR4X

*Exhibit C 4/17*

Hello Candy,

Am I calling Cunard (Passenger Claim to speak with Suzanne) or Cunard Guest Protection (insurance company)?

Best regards,

Catherine (Katie)

Sent from my iPhone


On Jun 28, 2023, at 5:08 PM, Moore, Susan (PCL) <smoore@cunard.com> wrote:


Hello Katie ,

 Please go ahead and contact and they will advise 😊

**From:** Katie3618 3618 <katie3618@hotmail.com>
**Sent:** Wednesday, June 28, 2023 12:27 PM
**To:** Moore, Susan (PCL) <smoore@cunard.com>
**Subject:** Re: Booking #: 2MXR4X

Passenger Claim - Suzanne has my paperwork?

Sent from my iPhone


On Jun 28, 2023, at 12:25 PM, Moore, Susan (PCL) <smoore@cunard.com> wrote:


Of course!

So sorry for the inconvenience

**From:** Katie3618 3618 <katie3618@hotmail.com>
**Sent:** Wednesday, June 28, 2023 12:22 PM
**To:** Moore, Susan (PCL) <smoore@cunard.com>
**Subject:** Re: Booking #: 2MXR4X

Thank you

Sent from my iPhone

*Exhibit C    5/17*

On Jun 28, 2023, at 12:20 PM, Moore, Susan (PCL)
<smoore@cunard.com> wrote:

Hello Katie ,

Please wait before you call I believe I gave you incorrect
information and I am following up to provide correct info

Thank you so much for understanding
Candy

**From:** Katie3618 3618 <katie3618@hotmail.com>
**Sent:** Wednesday, June 28, 2023 11:45 AM
**To:** Moore, Susan (PCL) <smoore@cunard.com>
**Subject:** Re: Booking #: 2MXR4X

Hello Candy,

Thank you very much for a speedy response. I appreciate
your time.

Best regards,

Catherine (Katie)

Sent from my iPhone

On Jun 28, 2023, at 11:40 AM, Moore, Susan
(PCL) <smoore@cunard.com> wrote:

Hello Katie,

The guest relations advised me that the claim
was opened with Cunard Care not with guest
relations, I sent you the flyer to call and follow
up with them please.

Sincerely,
Candy

Exhibit C    6/17

S. "Candy" Moore
Reservations Sales & Support Agent

*Cunard North America Team*
*24305 Town Center Drive, Suite 130*
*Valencia, CA 91355*
<image001.jpg>

The information contained in this email and
any attachment may be confidential and/or
legally privileged and has been sent for the
sole use of the intended recipient. If you are
not an intended recipient, you are not
authorized to review, use, disclose or copy any
of its contents. If you have received this email
in error please reply to the sender and destroy
all copies of the message. Thank you.

To the extent that the matters contained in
this email relate to services being provided by
Princess Cruises and/or Holland America Line
(together "HA Group") to Carnival
Australia/P&O Cruises Australia, HA Group is
providing these services under the terms of a
Services Agreement between HA Group and
Carnival Australia.

## Sustained Personal Injury April 30, 2023 Booking #2MXR4X

*Exhibit C* 7/17

Katie3618 3618 <katie3618@hotmail.com>
Mon 7/31/2023 8:15 PM
To:customerservices@cunard.co.uk <customerservices@cunard.co.uk>

📎 4 attachments (3 MB)
Catherine Yvonne Anderson Cunard.pdf; May 17 Part 2.pdf; Cunard April 23 30 2023.pdf; Booking Confirmation April 23 30 2023.pdf;

Dear Cunard UK Headquarters,

Please see attached files.

Thank you in advance.

Catherine Yvonne Anderson

## Re: Sustained Personal Injury April 30, 2023 Booking #2MXR4X

**Katie3618 3618 <katie3618@hotmail.com>**

Tue 8/1/2023 3:31 AM

To:Cunard Customer Services <customerservices@cunard.co.uk>

*Exhibit C 8/19*

Dear Amelia,

I wrote the letter and sent it via email to the US on May 11, 2023. I have not received a response.

Thanks,

Catherine

Sent from my iPhone

> On Aug 1, 2023, at 3:26 AM, Cunard Customer Services <customerservices@cunard.co.uk> wrote:
>
> Dear Ms Anderson,
>
> You have reached Cunard UK. I note that your booking has been made in USD. Your query will therefore need to be answered by our North American Office:
>
> Cunard US: 001 800 528 6273
>
> Cunard Line
> Guest Relations
> 24303 Town Center Dr#200
> Valencia, CA 91355, USA
>
> +1661 - 753 - 1000
>
> Email: guestrelations@cunard.com
>
> I have forwarded your email for you.
>
> Kind regards,
>
> Amelia
> Guest Support
>
> Carnival House, 100 Harbour Parade, Southampton, SO15 1ST
>
> <mime-attachment.gif>
>
> When responding to this e-mail, please include the history.

NB: To keep up to date with the most recent information relating to our return to service, please visit www.cunard.com/sailing-with-confidence which will have our latest information and be updated regularly.

*Exhibit C   9/17*

If you would like to know more about how to use your Future Cruise Credit please visit https://www.cunard.com/en-gb/contact-us/guide-to-booking-online/using-fcc-online

If you would like to make a booking, please call our Customer Contact Centre on 03453 550 300. Alternatively, if you have an existing booking and would like to update your immigration details or view the details of your booking, flight information and voyage itinerary, please log on to https://www.cunard.com/en-gb/manage-booking

If you require any further assistance you may wish to visit the Advice Centre at www.cunard.co.uk where you can find the answer to 100's of the most commonly asked questions.

From:      Katie3618 3618 <katie3618@hotmail.com>
To:        "customerservices@cunard.co.uk" <customerservices@cunard.co.uk>
Date:      01/08/2023 04:44
Subject:   Sustained Personal Injury April 30, 2023 Booking #2MXR4X

Dear Cunard UK Headquarters,

Please see attached files.

Thank you in advance.

Catherine Yvonne Anderson

Click here to report this email as spam.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged
material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or
entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from
any computer. Carnival plc, a company incorporated in England, registered number: 4039524, registered office:
Carnival House , 100 Harbour Parade, Southampton, SO15 1ST, UK   VAT Reg No: GB 761 4300 58

<Catherine Yvonne Anderson Cunard.pdf>

<May 17 Part 2.pdf>
<Cunard April 23 30 2023.pdf>
<Booking Confirmation April 23 30 2023.pdf>

Exhibit C   10/17

## Fw: Sustained Personal Injury April 30, 2023 Booking #2MXR4X

Cunard Customer Services <customerservices@cunard.co.uk>

Tue 8/1/2023 4:49 AM

To:katie3618@hotmail.com <katie3618@hotmail.com>
Cc:guestrelations@cunard.com <guestrelations@cunard.com>

*Exhibit C  11/17*

📎 1 attachments (6 KB)
ATT00001.gif;

Dear Ms. Anderson

My colleague Amelia and I forwarded your email to our colleagues from US and left notes on your booking.

We need to wait now for them to get in touch with you.


Kind regards,
Andrada
Guest Support


Carnival House, 100 Harbour Parade, Southampton, SO15 1ST



When responding to this e-mail, please include the history.

NB: To keep up to date with the most recent information relating to our return to service, please visit www.cunard.com/sailing-with-confidence which will have our latest information and be updated regularly.

If you would like to know more about how to use your Future Cruise Credit please visit https://www.cunard.com/en-gb/contact-us/guide-to-booking-online/using-fcc-online

If you would like to make a booking, please call our Customer Contact Centre on 03453 550 300. Alternatively, if you have an existing booking and would like to update your immigration details or view the details of your booking, flight information and voyage itinerary, please log on to https://www.cunard.com/en-gb/manage-booking

If you require any further assistance you may wish to visit the Advice Centre at www.cunard.co.uk where you can find the answer to 100's of the most commonly asked questions.


From:     Katie3618 3618 <katie3618@hotmail.com>
To:       Cunard Customer Services <customerservices@cunard.co.uk>
Date:     01/08/2023 11:31
Subject:  Re: Sustained Personal Injury April 30, 2023 Booking #2MXR4X

Exhibit C 12/19

Dear Amelia,

I wrote the letter and sent it via email to the US on May 11, 2023. I have not received a response.

Thanks,

Catherine

Sent from my iPhone

On Aug 1, 2023, at 3:26 AM, Cunard Customer Services <customerservices@cunard.co.uk> wrote:

Dear Ms Anderson,

You have reached Cunard UK. I note that your booking has been made in USD. Your query will therefore need to be answered by our North American Office:

Cunard US: 001 800 528 6273

Cunard Line
Guest Relations
24303 Town Center Dr#200
Valencia, CA 91355, USA

+1661 - 753 - 1000

Email: guestrelations@cunard.com

I have forwarded your email for you.

Kind regards,

Amelia
Guest Support

Carnival House, 100 Harbour Parade, Southampton, SO15 1ST

<mime-attachment.gif>

When responding to this e-mail, please include the history.

NB: To keep up to date with the most recent information relating to our return to service, please visit

3/18/24, 2:43 PM                                          Mail - Katie3618 3618 - Outlook

www.cunard.com/sailing-with-confidence which will have our latest information and be updated regularly.

If you would like to know more about how to use your Future Cruise Credit please visit https://www.cunard.com/en-gb/contact-us/guide-to-booking-online/using-fcc-online

*Exhibit C  13/17*

If you would like to make a booking, please call our Customer Contact Centre on 03453 550 300. Alternatively, if you have an existing booking and would like to update your immigration details or view the details of your booking, flight information and voyage itinerary, please log on to https://www.cunard.com/en-gb/manage-booking

If you require any further assistance you may wish to visit the Advice Centre at www.cunard.co.uk where you can find the answer to 100's of the most commonly asked questions.

| | |
|---|---|
| From: | Katie3618 3618 <katie3618@hotmail.com> |
| To: | "customerservices@cunard.co.uk" <customerservices@cunard.co.uk> |
| Date: | 01/08/2023 04:44 |
| Subject: | Sustained Personal Injury April 30, 2023 Booking #2MXR4X |

Dear Cunard UK Headquarters,

Please see attached files.

Thank you in advance.

Catherine Yvonne Anderson

Click here to report this email as spam.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged
material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or
entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from
any computer. Carnival plc, a company incorporated in England, registered number: 4039524, registered office:
Carnival House , 100 Harbour Parade, Southampton, SO15 1ST, UK   VAT Reg No: GB 761 4300 58

<Catherine Yvonne Anderson Cunard.pdf>
<May 17 Part 2.pdf>
<Cunard April 23 30 2023.pdf>
<Booking Confirmation April 23 30 2023.pdf>

## Re: Sustained Injuries on Private Jet (April 30, 2023)

Katie3618 3618 <katie3618@hotmail.com>    *Exhibit C  14/17*

Wed 8/2/2023 7:39 PM

To:dianneross@cunard.com <dianneross@cunard.com>

Incident Report

---

**From:** Katie3618 3618
**Sent:** Wednesday, August 2, 2023 7:19 PM
**To:** dianneross@cunard.com <dianneross@cunard.com>
**Subject:** Sustained Injuries on Private Jet (April 30, 2023)

Dear Dianne,

Please fill out an Injury Report and provide me with a copy. Thank you very much in advance.

BACKGROUND:

On April 30, 2023, I boarded the aircraft chartered by Cunard and sat in the rear on the right side across from the berthing divan. The berthing divan was occupied with 3 large dogs and 2 adults (female and male). The aircraft departed Farnborough, United Kingdom to Teterboro, New Jersey. The adult male that sat across from me consumed 4

Exhibit C 15/17

## Incident Report - Sustained Personal Injuries

Katie3618 3618 <katie3618@hotmail.com>

Thu 8/3/2023 10:08 PM

To:customerservices@cunard.co.uk <customerservices@cunard.co.uk>

Dear Cunard Representative,

Celine was the Chaperone from the UK onboard the private jet with us from Farnborough, UK to Teterboro, NJ on April 30, 2023. My name is Catherine Anderson and I sustained personal injuries from another guest onboard the aircraft. The guest refused to provide me with his contact information.

I am requesting a copy of the Incident Report from Celine. Thank you in advance.

Sincerely,

Catherine Anderson
Booking #2MXR4X
April 23-30, 2023
Cunard Queen Mary 2

## 2MXR4X | Anderson | Incident Report

Cunard Customer Services <customerservices@cunard.co.uk>
Fri 8/4/2023 9:07 AM
To:katie3618@hotmail.com <katie3618@hotmail.com>
Cc:guestrelations@cunard.com <guestrelations@cunard.com>

*Exhibit C 16/17*

Dear Ms Anderson,

Thank you for your email.

You have reached Cunard UK. I note that your booking has been made in USD. Your query will therefore need to be answered by our North American Office:

Cunard US: 001 800 528 6273

Cunard Line
Guest Relations
24303 Town Center Dr#200
Valencia, CA 91355, USA

+1661 - 753 - 1000

Email: guestrelations@cunard.com

I have forwarded your email for you.

Kind regards,

Lara
Guest Support

Carnival House, 100 Harbour Parade, Southampton, SO15 1ST



When responding to this e-mail, please include the history.

NB: To keep up to date with the most recent information relating to our return to service, please visit www.cunard.com/sailing-with-confidence which will have our latest information and be updated regularly.

If you would like to know more about how to use your Future Cruise Credit please visit https://www.cunard.com/en-gb/contact-us/guide-to-booking-online/using-fcc-online

If you would like to make a booking, please call our Customer Contact Centre on 03453 550 300. Alternatively, if you have an existing booking and would like to update your immigration details or view the details of your booking, flight

3/18/24, 2.38 PM

information and voyage itinerary, please log on to https://www.cunard.com/en-gb/manage-booking

If you require any further assistance you may wish to visit the Advice Centre at www.cunard.co.uk where you can find
the answer to 100's of the most commonly asked questions.

*Exhibit C   17/17*

From:     Katie3618 3618 <katie3618@hotmail.com>
To:       "customerservices@cunard.co.uk" <customerservices@cunard.co.uk>
Date:     04/08/2023 06:08
Subject:  Incident Report - Sustained Personal Injuries

Dear Cunard Representative,

Celine was the Chaperone from the UK onboard the private jet with us from Farnborough, UK to
Teterboro, NJ on April 30, 2023. My name is Catherine Anderson and I sustained personal injuries from
another guest onboard the aircraft. The guest refused to provide me with his contact information.

I am requesting a copy of the Incident Report from Celine. Thank you in advance.

Sincerely,

Catherine Anderson
Booking #2MXR4X
April 23-30, 2023
Cunard Queen Mary 2

Click here to report this email as spam.

The information transmitted is intended only for the person or entity to which it is addressed and may contain
confidential and/or privileged
material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this
information by persons or
entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete
the material from
any computer. Carnival plc, a company incorporated in England, registered number: 4039524, registered office:
Carnival House , 100 Harbour Parade, Southampton, SO15 1ST, UK   VAT Reg No: GB 761 4300 58

# Exhibit D

*Exhibit D* 11/21

# AFTER VISIT SUMMARY

**Catherine Y. Anderson**  MRN: 6242893

NYC HEALTH+ HOSPITALS | **Elmhurst**

📅 4/30/2023  📍 Elmhurst Adult ED 718-334-3054

## Instructions

You were seen in the Emergency Department for shoulder pain after injury. As we discussed, we do not believe that you require further hospitalization at this time. Please return to the Emergency Department if you symptoms worsen or you develop fever, chills, bleeding, or any of the symptoms we discussed.



### Your medications have changed

🔵 START taking:
**ibuprofen (MOTRIN)**
**Lido-Capsaicin-Men-Methyl Sal**
**methocarbamol (ROBAXIN)**

**Review your updated medication list below.**

### Pick up these medications at WALGREENS DRUG STORE #02171 - SAVANNAH, GA - 700 E DE RENNE AVE AT NEC OF PAULSON & DERENNE

ibuprofen • Lido-Capsaicin-Men-Methyl Sal • methocarbamol

Address: 700 E DE RENNE AVE, SAVANNAH GA 31405-6716
Hours:   24-hours
Phone:   912-354-4853

### Ambulatory Referral to Diagnostic Clinic

Where: **Elmhurst Diagnostic Clinic**
Address: **80-02 41ST AVE ELMHURST NY 11373**
Phone: **718-334-2715**
Expires: **10/28/2023** (requested)
Reason for Referral: Shoulder pain.

## What's Next

You currently have no upcoming appointments scheduled.

## General Emergency Department Discharge Instructions

We appreciate that you chose us as your healthcare provider.

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department.  If you have further questions concerning this visit please call us at the included phone number above on this form.  Please keep this form and bring it with you

## Today's Visit

You were seen by Dr. M Nite, MD and Dr. D Charles-Chauvet, MD

### Reason for Visit
- Neck Pain
- Back Pain
- Shoulder Pain

### Diagnoses
- **Acute pain of right shoulder**
- Musculoskeletal pain

### Imaging Tests
CT Cervical Spine without contrast
DX Chest 2 Views
DX Elbow Comp Right
DX Hand Comp Right
DX Pelvis Complete
DX Shoulder Complete Right

### Medications Given
**ibuprofen (MOTRIN)** Last given 5/1/2023 1:26 AM
**lidocaine 5% (LIDODERM)** Last given 5/1/2023 1:27 AM
**methocarbamol (ROBAXIN)** Last given 5/1/2023 1:47 AM

*Exhibit 2122* (handwritten)

## General Emergency Department Discharge Instructions (continued)

should you need additional treatment.  If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately.  We are available 24 hours a day.

*It is important that you keep appointments that may have been scheduled. If you are unable to make an appointment, please call the corresponding clinic to reschedule your appointment.*

### Instructions



### Your medications have changed

**START taking:**
  **ibuprofen** (MOTRIN)
  **Lido-Capsaicin-Men-Methyl Sal**
  **methocarbamol** (ROBAXIN)

**ASK how to take:**
  **albuterol** 108 (90 Base) MCG/ACT inhaler (PROVENTIL HFA;VENTOLIN HFA)
  **hydrochlorothiazide** 25 MG tablet (HYDRODIURIL)
  **telmisartan** 40 MG tablet (MICARDIS)

Review your updated medication list below.

## Home Medication Information

The list of your home medications is based on the information provided by you (or your representative) during your Emergency Department visit, and/or the information contained in your medical record.  In addition, some of your home medications **may have been changed** by the Emergency Department provider who evaluated you. These changes **may** include:

• New medications
• Changes to the amount or how often you take a medication
• Discontinuation of a medication

Please review the information below carefully.  **Continue all your current medications as you are presently taking, with the exception of the following changes below.  If you have questions about any of the medications or the changes, please contact your Primary Care Physician, the Provider who prescribed the medication, or your Pharmacist.**

# Changes to Your Medication List

### START taking these medications



**ibuprofen** 600 MG tablet
Commonly known as: MOTRIN

Take 1 tablet (600 mg total) by mouth every 6-8 (six to eight) hours as needed for pain (or fever). Take with food.



**Lido-Capsaicin-Men-Methyl Sal** 0.5-0.035-5-20 % Ptch

Apply 1 patch topically as needed for up to 30 doses.

*Exhibit 51*

## Changes to Your Medication List (continued)

START taking these medications (continued)



**methocarbamol** 750 MG tablet
Commonly known as: ROBAXIN

Take 1 tablet (750 mg total) by mouth every 8 (eight) hours as needed for up to 15 doses.

 MYCHART

Stay engaged with your health with **MyChart**, a free, convenient, secure online tool. With MyChart you can...Message your doctor's office... Request refills... See test results... See your visit summaries and upcoming appointments... Pay your bill.... Request financial assistance... And much more...

To sign up for MyChart, go to **http://mychart.nychealthandhospitals.org** or scan the QR code below using your smartphone's camera, click "**Sign Up Now**" and enter your personal **activation code: S9ZG8-ZD6DV**
**Expires: 7/30/2023 12:18 AM**



After you sign up, please update your MyChart **Profile** with the most up-to-date **Contact** and **Insurance** information so we can reach you and help you with your bill:

1. **Contact Information**: Go to the **Profile** tab, then click **Personal Information**, then click **Contact Information**.
2. **Insurance Information**: Go to the **Billing** tab, then click **Insurance Summary**, then click **Add a Coverage**.
3. **Insurance Enrollment Assistance**: For assistance with insurance enrollment, go to the **Billing** tab, then click **Financial Assistance**. One of our staff will reach out to you to help you enroll in insurance coverage or financial assistance, if eligible.

Additional information:
If you have questions, you can go to: **https://epicmychart.nychhc.org/help** to contact our MyChart staff. Remember, for emergencies, always call 911 – do not use MyChart.

## Your Treatment Plan

The treatment you have received during your visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. The information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper treatment of your condition.

*Exhibit 12 4/2*

## NYC Health and Hospital Virtual ExpressCare

**Introducing Virtual ExpressCare: Get Urgent Care with Just One Click**

Virtual ExpressCare is an easy way to see a doctor about health issues that are not emergencies. You can see one of our doctors in less than 5 minutes from your home. We have interpretation services in over 200 languages.

Go to Expresscare.nyc to start a video visit from your smartphone or computer. You do not need to download any applications. A NYC Health + Hospitals support hero will help you register, and a doctor will see you.

Get high quality, low-cost urgent care from anywhere! ExpressCare takes most insurance plans. If you do not have health insurance, we can help you enroll. If you do not qualify or cannot afford health insurance, we can help you get NYC Care, our health care access program.

**Visit Expresscare.nyc or call (631) 397-2273 or point your smartphone camera at the QR code to talk to a doctor now.**



## COVID-19 Message



For the latest information from NYC Health + Hospitals about COVID-19, including testing sites, vaccines, care & treatment, and more resources go to www.nychealthandhospitals.org

If you have a fever, cough, sore throat, or shortness of breath that is unrelated to an existing condition, or have questions about COVID-19 testing, please call 1-844-NYC-4NYC (1-844-692-4692).

The updated booster vaccine is now available! To make an appointment or for information about vaccines, please call 1-877-VAX-4NYC (1-877-829-4692)

Thank you for being a patient at ELMHURST ADULT ED today. If your prescription was sent to the internal hospital pharmacy, please keep this paper for your records and provide to the pharmacist when you arrive. Thank you again!

**Patient EMPI: 103597854 - For Internal Pharmacy Use Only**

|||||||||||||||
103597854

|||||||||||||||
10103597854

Catherine Y. Anderson (MRN: 6242893) • Printed at 5/1/2023  4:34 AM

Exhibit To 92

_Exhibit_

## Acknowledgement of Discharge Instructions

- I understand the treatment received during this visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. I also understand the information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper ongoing treatment of my complaint/diagosis.

- A member of the Emergency Department staff has reviewed the discharge instructions provided to me and has answered any questions I may have had regarding these instructions.

Patient _____

Witness _____

**Catherine Y Anderson**
**CSN:** 116925769
**DOB:** 12/25/1953
female
**MRN: 6242893**
**Adm Date:** 4/30/2023



*Exhibit D  7/21*

Name: Catherine Y Anderson | DOB: 12/25/1953 | MRN: 6242893 | PCP: Patient Does Not Have A Pcp | Legal Name:
Catherine Y Anderson

ED Provider Notes

Dr. D Charles-Chauvet at 05/01/23 0012

Attestation signed by Dr. M Nite at 05/01/23 0610

Review/Sign-off - resident's documentation w/ revisions: I have
personally seen, evaluated and participated in this patient's care and
find this patient's history and physical examination are consistent with
the resident's documentation with the following exceptions/revisions:
See Attending Note.

Note Initiated: 05/01/2023 at 12:12 AM
Encounter Date: 4/30/2023

Chief Complaint:
**Chief Complaint**
Patient presents with
• Neck Pain
• Back Pain
• Shoulder Pain

History of Present Illness:
See AP

History:
**Past Medical History:**
Diagnosis                                                        Date
• Asthma
• Hypertension

*Exhibit D  8/21*

History reviewed. No pertinent surgical history.

No family history on file.

**Social History**

Tobacco Use
- Smoking status:      Never
- Smokeless tobacco:   Never

Substance Use Topics
- Alcohol use:         Never
- Drug use:            Never

Review of Systems:
Review of Systems
Physical Exam:
Physical Exam
Medications:
**Patient's Medications**
**New Prescriptions**
  No medications on file
**Previous Medications**
  ALBUTEROL (PROVENTIL        Inhale 2 puffs every 6 (six)
  HFA;VENTOLIN HFA) 108 (90 hours as needed for wheezing.
  BASE) MCG/ACT INHALER
  HYDROCHLOROTHIAZIDE        Take 25 mg by mouth daily.
  (HYDRODIURIL) 25 MG
  TABLET
  TELMISARTAN (MICARDIS)     Take 40 mg by mouth daily.
  40 MG TABLET
**Modified Medications**
  No medications on file
**Discontinued Medications**
  No medications on file

Allergies:
No Known Allergies
Vital Signs:
**Visit Vitals**
BP                (!) 173/83
Pulse             94
Temp              98.4 °F (36.9 °C)
Resp              18
SpO2              98%
OB Status         Postmenopausal

*Exhibit D 3/21*

Smoking Status       Never

Assessment and Plan / MDM:
69 y.o.  F PMH HTN, asthma presents with R. Shoulder pain that started this
AM. She was seated on a flight looking at her phone when a passenger fell
over onto her Right shoulder, landing in her lap. The man was roughly
>200lbs. She did not hit her head or lose consciousness. She initially felt fine,
but started to have achy r. Shoulder pain 3 hrs afterwards with numbness in
her R. Hand. She also endorses R hip pain and numbness in her R. Leg. She
denies facial palsy, dizziness, unsteady gait, muscle weakness.

CV: normal S1, S2 without rub. Chest wall non-tender
Pulm: breath sounds clear with good aeratioin
Abd: Non tender to palp in all quadrants, w/o guarding or peritoneal signs
GU: No CVA tenderness,
MSK: No pedal edema or joint swelling
Neuro: see above

Plan: Possible brachial plexus injury. Low concern for stroke as symptoms
coincided with a traumatic event.
-Xray affected areas
-Pain mgmt-

Danielle Charles-Chauvet, MD
Resident
05/01/23 0027

Micah Nite, MD
05/01/23 0610

Discharge Instructions

*Exhibit D* 18/21

Dr. D Charles-Chauvet at 05/01/23 0434

You were seen in the Emergency Department for shoulder pain after injury. As we discussed, we do not believe that you require further hospitalization at this time. Please return to the Emergency Department if you symptoms worsen or you develop fever, chills, bleeding, or any of the symptoms we discussed.

ED Attending Note

Dr. M Nite at 05/01/23 0041

Catherine Y Anderson is a 69 y.o. female with
**Past Medical History:**
Diagnosis                                                          Date
• Asthma
• Hypertension
who presents with neck and back pain. Pt reports someone landed on her on a plane today. Felt her neck hyperextend, neck struck the headrest. No LOC. Initially felt fine, then developed R-sided neck pain along with R hand and leg numbness/tingling. No weakness. Also with pain to R hip. Ambulatory. No cp/sob, no abd pain, no nausea/vomiting.

AIRWAY:  Airway is patent and clear.
BREATHING:  Unlabored and clear.
CIRCULATION: Pulses intact.
CONSTITUTIONAL: Well-appearing in no apparent distress.
HEAD: Normocephalic; atraumatic.
EYES:  PERRL; EOMI
ENT:  No abrasions, no deformities.
NECK:  No posterior midline tenderness. Mild R-sided tenderness.
CARD:  Regular rate and rhythm; normal S1 and S2.
RESP: Normal chest excursions with respirations; breath sounds clear and equal bilaterally.
CHEST: Non-tender to palpation.
BACK: No gross deformities; no midline tenderness.
ABD:  Non distended; normal bowel sounds; soft non tender to palpation.
PELVIS: Stable; non tender.
MSK/EXT: No gross deformities; normal range of motion in all four extremities; mild tenderness to R shoulder and R elbow. FROM.
SKIN: No abrasions or contusions.
NEURO: A&Ox3; normal strength to BUE and BLE. Subj sensory deficit to R hand. Ambulatory.

Assessment/Plan: Neck, shoulder, elbow pain s/p injury on plane today. No

Exhibit D 11/21

midline C-spine tenderness, low clinical suspicion for C-spine injury, but will check screening C-spine CT. Plan for Xrays, pain control, re-eval.

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

Name: Catherine Y Anderson | DOB: 12/25/1953 | MRN: 6242893 | PCP: Patient Does Not Have A Pcp | Legal Name: Catherine Y
Anderson

Exhibit D    12/21

# CT CERVICAL SPINE WO CONTRAST

Collected on May 1, 2023 3:47 AM

## Results

### Impression

IMPRESSION:
No acute fracture or traumatic AP malalignment within the cervical spine.

This document has been electronically signed by: James Faliszek MD On 05/01/2023 04:02:55

### Narrative

PROCEDURE INFORMATION:
Exam: CT Cervical Spine Without Contrast
Exam date and time: 5/1/2023 2:35 AM
Age: 69 years old
Clinical indication: Neck trauma (age >= 65y)

TECHNIQUE:
Imaging protocol: Computed tomography of the cervical spine without contrast.
Radiation optimization: All CT scans at this facility use at least one of these
dose optimization techniques: automated exposure control; mA and/or kV
adjustment per patient size (includes targeted exams where dose is matched to
clinical indication); or iterative reconstruction.

REPORTING DATA:
Count of CT and Cardiac NM exams in prior 12 months: This patient has received
0 known CTs and 0 known cardiac nuclear medicine studies in the 12 months prior
to the current study.

COMPARISON:
DX CHEST 2 VIEWS 5/1/2023 12:42 AM

FINDINGS:
Bones/joints: On sagittal sequences, there is normal cervical lordosis.
Cervical vertebral body heights are maintained. Disc spaces are maintained.
There is no AP malalignment. No prevertebral soft tissue swelling. Posterior
elements and facets are intact. Mild facet hypertrophic changes.

On axial sequences, intact neural rings are identified from C1-T1. No evidence
of acute fracture.

Exhibit D   13/21

Lungs: Visualized lung apices are clear.
Soft tissues: Unremarkable.

Ordering provider: Dr. M Nite
Reading physician: Dr. J Faliszek
Study date: May 1, 2023 4:02 AM
Collection date: May 1, 2023 3:47 AM
Result date: May 1, 2023 4:02 AM
Result status: Final

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

Exhibit D    14/21



## St. Joseph's | Candler

## URGENT CARE

SJC Urgent Care - Savannah
361 Commercial Drive
Savannah
912-355-6221

Discharge Instructions:

Date: 05/05/2023

Patient: Catherine Anderson

Radiculopathy, cervical region (M54.12)

Discharge Instructions: CERVICAL RADICULOPATHY|080FDCE7-C421-4DC6-9E53-261E26E2E475

If your condition worsens we recommend that you receive another evaluation at the emergency room immediately or contact your primary medical clinics after hours call service to discuss your concerns.
You must understand that you've received an Urgent Care treatment only and that you may be released before all of your medical problems are known or treated. You, the patient, will arrange for follow up care as instructed.

Follow up with your Primary care physician in next 2-5 days.

Prescribed Medrol (Pak) 4 mg tablets in a dose pack: Take (oral) 1 time per day for 6 days Use as directed; Total Qty: 21 (Twenty One) tablet; No refills; Allow substitutions; Earliest Fill Date: 05/05/23

   * Prescription sent by e-prescribing to DOD HUNTER PHARMACY, 230 DUNCAN DRBLDG 1440, SAVANNAH, GA 31409 Phone (912) 435-6161 on 05/05/2023 11:04:46 by jlomax.ga039

No signature required.

Patient verbally acknowledges and agrees with instructions as stated above.

*Exhibit D* 65/2l

# AFTER VISIT SUMMARY

**Catherine Y. Anderson**  MRN: 04680586

 **KAISER PERMANENTE**®

📅 6/20/2023  📍 Olympia Urgent Care 360-923-7000

## Instructions

-Rest your injured shoulder.
-Be sure to take your shoulder through range of motion exercises.
-Ice your injured shoulder for 20-30 min 3-4 times daily for 1-2 days.
-For pain / inflammation use one of the following NSAIDs (non-steroidal antiinflammatory drug) at high dose if able to tolerate for 3-4 days.

| NSAID | Max dose |
|---|---|
| ibuprofen (Motrin) | 600 - 800 mg every 6 hours |
| naproxen (Aleve) | 440 - 500 mg every 12 hours |
| | |

**\*\*Be sure to use only one NSAID at a time.\*\***

-Tizanidine may help for muscle spasm
-If your condition does not resolve completely in a timely manner follow up with your primary care provider.

**If your condition worsens or if other concerning signs and symptoms develop please return to Urgent Care or an ER promptly.**

**If you are a KP member you can call the KP Consulting Nurse Service at: 1-800-297-6877**
**or access a KP provider through Care Chat via MyChart, 24 hour a day, 7 days a week**

Christopher Ryan Varady, PA-C
Kaiser Permanente Urgent Care

---

💊 Your medications have changed
   🔄 START taking:
   **lidocaine (LIDODERM)**
   **tiZANidine (ZANAFLEX)**
   **Review your updated medication list below.**

📄 Read the attached information
   Neuropathic Pain (English)

## Today's Visit

You were seen by Christopher Ryan Varady, PA-C

### Diagnoses
- **Trapezius muscle spasm**
- Neck pain
- Radicular pain in right arm

🖼 Imaging Tests
   X-RAY spine cervical 3V

💊 Medications Given
   acetaminophen (TYLENOL)
   ketorolac (TORADOL)

 Blood Pressure
**125/70**

 Temperature (Tympanic)
**97 °F**

Pulse
**96**

Respiration
**20**

Oxygen Saturation
**97%**

Kaiser Permanente secure website for members
View your After Visit Summary and more online at www.kp.org/wa.

*Exhibit D    16/21*

## Instructions (continued)

 **Pick up these medications at Kaiser Perm WA Olympia Pharmacy**
• lidocaine 5% adhesive patch
• tiZANidine 2 mg tablet

Address:  700 Lilly Road NE, Olympia WA 98506-5196
Hours:    Mon-Fri 8am-9pm, Sat 9am-9pm, Sun 9am-5pm
Phone:    360-923-7600

 **REF PHYSICAL THERAPY**
Where: **Olympia Physical Therapy**
Address: **700 Lilly Road N.E. Olympia WA 98506-5196**
Phone: **877-751-2446**
Expires: **6/20/2024 (requested)**
PT/OT Referral Information

Your practitioner has referred you to the Kaiser Permanente Department of Physical and Occupational Therapy. You can expect to receive a phone call within 3 business days. If you have not been contacted by then, or if you prefer to call earlier, please call the department phone listed above.

 **Follow up with Anna James, DO in 1 week (around 6/27/2023)**
Why: **For re-evaluation**
Specialty: **Family Medicine**
Contact: 700 Lilly Rd NE
         Olympia WA 98506
         360-923-7100

 **Follow up with Olympia Urgent Care**
Why: **If symptoms worsen**
Specialty: **Emergency Medicine**
Contact: 700 Lilly Road N.e.
         Olympia Washington 98506-5196
         360-923-7000

## What's Next

You currently have no upcoming appointments scheduled.

## Test Results

***You can see most test results as soon as they are available. You may see a test result before your care team. If any follow-up is needed, your care team will reach out to discuss these results with you as soon as possible.***

## Test Results

Spine Cervical 3V AP+Lat+Odontoid- X-Ray
Narrative
[HST]: Right sided neck pain with radiculopathy extending into 4th and 5th finger after traumatic injury 2 months ago.
Exam: Cervical spine, 3 views
History: Right sided neck pain with radiculopathy extending into 4th
and 5th finger after traumatic injury 2 months ago.
Comparison: None
Findings:

Exhibit D 17/21

## Test Results (continued)

Narrative

No acute fractures or malalignment. Disc height are preserved. Small anterior endplate osteophytes at C4-C5 disc level and multilevel facet arthropathy. Prevertebral soft tissue contour is normal.

Impression

Impression: Small anterior endplate osteophytes at C4-C5 disc level and multilevel facet arthropathy.

_____

Signed by: Sung Logerfo
Date: 6/20/2023 10:38 AM

## All Tests Due

This section lists all tests you need to do. This may include tests ordered at previous visits.  If a listed test wasn't done during today's visit, go to any Kaiser Permanente medical office for that test.  Your test should be done on the due date or as soon as possible after that date.

## 🔔 Health Reminders

| Topic | Date Due | Last Completed |
|---|---|---|
| Lab Test: Potassium (medication monitoring) | 10/17/2023 | 10/17/2022 |
| Lab Test: Sodium (medication monitoring) | 10/17/2023 | 10/17/2022 |
| Lab Test: Creatinine (medication monitoring) | 10/17/2023 | 10/17/2022 |
| Breast Cancer Screening:  Mammogram | 11/02/2023 | 11/2/2021 |
| Colon Cancer Screening: Colonoscopy | 04/06/2025 | 4/6/2022 |
| Vaccine:  Diphtheria, Tetanus, Pertussis (DTaP) (2 - Td or Tdap) | 04/21/2025 | 4/21/2015 |

## Questions about Coverage?

Call the Member Services Center at 1-888-901-4636 if you have questions about your insurance coverage for any lab, service or procedure.

*Exhibit D    18/21*

## Your Medication List

**albuterol** 90 mcg/actuation inhaler
Commonly known as: PROVENTIL HFA

Inhale 2 puffs every 4 to 6 hours as needed for shortness of breath/wheezing , 1 inhaler should last at least 90 days in well-controlled asthma.

**ezetimibe** 10 mg tablet
Commonly known as: ZETIA

Take 1 tablet (10 mg) by mouth daily

**fluticasone propionate** 220 mcg/actuation inhaler
Commonly known as: FLOVENT HFA

Inhale 1 puff 2 times daily

**hydroCHLOROthiazide** 25 mg tablet
Commonly known as: HYDRODIURIL

Take 1 tablet (25 mg) by mouth daily

**lidocaine** 5% adhesive patch
Commonly known as: LIDODERM
START

Apply 1 patch to skin daily . Patch may remain in place for up to 12 hrs in any 24 hr period.

**telmisartan** 40 mg tablet
Commonly known as: MICARDIS

Take 1 tablet (40 mg) by mouth daily

**tiZANidine** 2 mg tablet
Commonly known as: ZANAFLEX
START

Take 1-2 tablets (2-4 mg) by mouth 3 times daily as needed for up to 7 days

*Exhibit D   19/21*

## AFTER VISIT SUMMARY

 **KAISER PERMANENTE**®

**Catherine Y. Anderson**   MRN: 04680586    📅 7/25/2023  7:45 AM   📍 Olympia Physical Therapy 877-751-2446

### Instructions  from Leonida Lim Tansinsin, PT
Your personalized instructions can be found at the end of this document.

### Today's Visit

You saw Leonida Lim Tansinsin, PT on Tuesday July 25, 2023. The following issues were addressed:
- Trapezius muscle spasm
- Neck pain
- Radicular pain in right arm

⊕ **Done Today**
> PHYSICAL THERAPY EXAM
> EXERCISE THERAPY
> MUSCLE OR NERVE TRAINING

### What's Next

| | | |
|---|---|---|
| **AUG** **11** 2023 | Office Visit with Leonida Lim Tansinsin, PT Friday August 11 8:25 AM (Arrive by 8:15 AM) | Olympia Physical Therapy 700 Lilly Road N.E. Olympia WA 98506-5196 877-751-2446 |
| **AUG** **18** 2023 | Office Visit with Leonida Lim Tansinsin, PT Friday August 18 11:45 AM (Arrive by 11:35 AM) | Olympia Physical Therapy 700 Lilly Road N.E. Olympia WA 98506-5196 877-751-2446 |

### Test Results
***You can see most test results as soon as they are available. You may see a test result before your care team. If any follow-up is needed, your care team will reach out to discuss these results with you as soon as possible.***

### All Tests Due
This section lists all tests you need to do. This may include tests ordered at previous visits.  If a listed test wasn't done during today's visit, go to any Kaiser Permanente medical office for that test.  Your test should be done on the due date or as soon as possible after that date.

### 🩺 Health Reminders

| Topic | Date Due | Last Completed |
|---|---|---|
| Lab Test: Potassium (medication monitoring) | 10/17/2023 | 10/17/2022 |
| Lab Test: Sodium (medication monitoring) | 10/17/2023 | 10/17/2022 |
| Lab Test: Creatinine (medication monitoring) | 10/17/2023 | 10/17/2022 |
| Breast Cancer Screening:  Mammogram | 11/02/2023 | 11/2/2021 |

*Exhibit D 20/21*

## 🔔 Health Reminders (continued)

| Topic | Date Due | Last Completed |
|---|---|---|
| Vaccine: Influenza (Flu) (1) | 09/01/2023 | 10/17/2022 |
| Colon Cancer Screening: Colonoscopy | 04/06/2025 | 4/6/2022 |
| Vaccine: Diphtheria, Tetanus, Pertussis (DTaP) (2 - Td or Tdap) | 04/21/2025 | 4/21/2015 |

## Questions about Coverage?

Call the Member Services Center at 1-888-901-4636 if you have questions about your insurance coverage for any lab, service or procedure.

### Kaiser Permanente secure website for members

View your After Visit Summary and more online at www.kp.org/wa.

## Your Medication List as of July 25, 2023 1:03 PM

ⓘ Always use your most recent med list.

**albuterol** 90 mcg/actuation inhaler
Commonly known as PROVENTIL HFA

Inhale 2 puffs every 4 to 6 hours as needed for shortness of breath/wheezing , 1 inhaler should last at least 90 days in well-controlled asthma.

**ezetimibe** 10 mg tablet
Commonly known as ZETIA

Take 1 tablet (10 mg) by mouth daily

**fluticasone propionate** 220 mcg/actuation inhaler
Commonly known as FLOVENT HFA

Inhale 1 puff 2 times daily

**hydroCHLOROthiazide** 25 mg tablet
Commonly known as HYDRODIURIL

Take 1 tablet (25 mg) by mouth daily

**lidocaine** 5% adhesive patch
Commonly known as LIDODERM

Apply 1 patch to skin daily . Patch may remain in place for up to 12 hrs in any 24 hr period.

**telmisartan** 40 mg tablet
Commonly known as MICARDIS

Take 1 tablet (40 mg) by mouth daily

*Exhibit D*                    21/21

Instructions  from Leonida Lim Tansinsin, PT

**Thank you for coming in today.**


**Accessing Your Home Program**

**On either a smart phone or computer go to the following website:**

https://KPWA.medbridgego.com/


**You can also download the phone application: MedBridge GO for Patients**

        **For iOs and Android**


**Enter the Access Code Below**

RAP473RJ


**Other info for MedBridge:**

- **Do not message your provider on MedBridge. Use Kaiser's secure portal at kp.org/wa and send a message to your provider with any questions.**
- **You can watch videos of your prescribed exercise program/education OR print out a copy if you would like.**
- **Other common FAQs regarding MedBridge are covered via this link: https://www.medbridgeeducation.com/support/patients/account/**

==================================================================
**Preferred method of contact:** myKP secure message

Thank you for coming in today. Please take the time to follow your home treatment plan as recommended. If anything on your treatment plan is making the symptoms worse, discontinue it and let me know via the KaiserWA website.

Also, to help ensure excellent appointment availability for ALL patients, we ask that you cancel at least 48 hours in advance (by using KaiserWA website or by calling the appointing line to leave a message).

If you have any questions regarding your potential cost for this visit or any questions regarding your specific insurance plan, please call Member Services at 1-888-901-4636.

Online Appointing: KPWA is now happy to offer expanded physical and occupational therapy online appointing. To access online scheduling:
- Go to: kp.org/wa > Get Care > Schedule Appointment > Specialty Services > Physical or Occupational Therapy and follow the prompts

Thanks!

Leonida Lim Tansinsin, PT

Name: Catherine Y Anderson | DOB: 12/25/1953 | MRN: 04680586 | PCP: Anna James, DO | Legal Name: Catherine Y Anderson

*Exhibit D* 15a/21
15a/9/21

# ED Provider Notes

Christopher Ryan Varady at 6/20/2023 11:47 AM

CC:Patient presents with:
Neck Pain

HPI
Catherine is a 69 year old female who presents for re-evaluation of right sided neck/trapezius pain. Patient reports on 04/30/23 she was on a flight when an intoxicated man fell and landed on her right side. Patient reports man was greater than 200 lb. Initially had no complaints however after a few hours started noticing increased pain and achiness in her right shoulder with numbness and tingling occasionally in her right hand. Patient was seen by emergency department physician in New York City who started her on prednisone and tizanidine and recommended she follow up with primary care when she returns home.
Patient reported prednisone offered some relief however symptoms have persisted.
She states 8/10 pain in her trapezius radiating up to her right occiput.
She denies headache, facial palsy, dizziness, unsteady gait, muscle weakness.

Patient Active Problem List:
   Asthma
   Hyperlipidemia
   Hypertension
   Obesity
   Osteopenia of multiple sites
   Prediabetes


Past Surgical History:
No date: BLEPHAROPLASTY; Bilateral
No date: EXCISION LIPOMA TRUNK
No date: TONSILLECTOMY & ADENOIDECTOMY AGE 12+; Bilateral
   Comment: 1980s


Review of patient's family history indicates:

SOCIAL HISTORYSocial History
  Tobacco Use          *Exhibit D*          /5 6/9/2/
    Smoking status: Never
    Smokeless tobacco: Never

Outpatient Medications Marked as Taking for the 6/20/23 encounter (Hospital Encounter):

tiZANidine (ZANAFLEX) 2 mg tablet, Take 1-2 tablets (2-4 mg) by mouth 3 times daily as needed for up to 7 days, Disp: 30 tablet, Rfl: 0

lidocaine (LIDODERM) 5% adhesive patch, Apply 1 patch to skin daily . Patch may remain in place for up to 12 hrs in any 24 hr period., Disp: 30 patch, Rfl: 0

telmisartan (MICARDIS) 40 mg tablet, Take 1 tablet (40 mg) by mouth daily, Disp: 90 tablet, Rfl: 3

hydroCHLOROthiazide (HYDRODIURIL) 25 mg tablet, Take 1 tablet (25 mg) by mouth daily, Disp: 90 tablet, Rfl: 3

ezetimibe (ZETIA) 10 mg tablet, Take 1 tablet (10 mg) by mouth daily, Disp: 90 tablet, Rfl: 3

albuterol (PROVENTIL HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 to 6 hours as needed for shortness of breath/wheezing , 1 inhaler should last at least 90 days in well-controlled asthma., Disp: 6.7 g, Rfl: 0

fluticasone propionate (FLOVENT HFA) 220 mcg/actuation inhaler, Inhale 1 puff 2 times daily, Disp: 12 g, Rfl: 11


ALLERGY,  -- Felodipine -- Swelling
 -- Simvastatin -- Other
 -- Statins-Hmg-Coa Reductase Inhibitors -- Muscle Pain


PHYSICAL EXAM:

|------------------------------|
|       |      06/20/23      |
|       |        0921        |
|------------------------------|
| BP:    |      125/70        |
| Pulse: |        96          |
| Resp:  |        20          |
| Temp:  |   97 °F (36.1 °C)  |
| TempSrc:|      Tympanic      |
| SpO2:  |        97%         |

| Weight: |91 kg (200 lb 11.7 oz)|
|------------------------------|

*Exhibit D 15c/g/21*

## Physical Exam
Vitals and nursing note reviewed.

Constitutional:

  General: She is not in acute distress.

  Appearance: Normal appearance. She is normal weight. She is not ill-appearing or toxic-appearing.

HENT:

  Head: Normocephalic and atraumatic.

Eyes:

  Pupils: Pupils are equal, round, and reactive to light.

Neck:



Cardiovascular:

  Rate and Rhythm: Normal rate and regular rhythm.

Pulmonary:

  Effort: Pulmonary effort is normal.

  Breath sounds: Normal breath sounds.

Musculoskeletal:

  Cervical back: No rigidity or crepitus. Muscular tenderness present. No spinous process tenderness. Normal range of motion.

Skin:

  General: Skin is warm and dry.

  Findings: No rash.

Neurological:

  Mental Status: She is alert.

  Sensory: No sensory deficit.

  Motor: No weakness.

DIAGNOSTIC STUDIES:

Spine Cervical 3V AP+Lat+Odontoid- X-Ray     *Exhibit D 15d/9/21*
Final Result
Impression:  Small anterior endplate osteophytes at C4-C5 disc level
and multilevel facet arthropathy.

---

Signed by: Sung Logerfo
Date: 6/20/2023 10:38 AM


ED COURSE: VS normal, patient is afebrile.  On examination there is significant
tenderness to the belly of the trapezius.  No midline tenderness.  We discussed pros
and cons of trigger point injection which patient is willing to do at this time.
PROCEDURE:  Trapezius trigger point injection
CONSENT: Risks and benefits discussed with patient.  Verbal consent obtained.
INDICATION:  Trapezius spasm / pain.
DESCRIPITON:  Area prepped with chlorhexidine x 3.  Anesthesia was obtained with local
injection of 4 cc of lidocaine 1%.  Belly of trapezius was entered using a posterior
approach using a 25 ga 1.5 inch needle. After the needle was withdrawn a bandage
was applied.  No complications.  Patient tolerated the procedure well.

Additionally, 30 mg IM Toradol and 650 mg p.o. acetaminophen administered and
tolerated well.  After 30 minutes of rest and observation patient reports significant
improvement in neck pain.

After careful consideration of the patient's presentation and clinical course, at this
time there does not appear to be an indication for further emergent evaluation or
intervention, nor is there an indication for admission to the hospital. At the time of
discharge, I do not think, to the best of my medical judgment, that an emergent
medical condition exists, and the patient is discharged home. At the time of
discharge, the patient was alert and oriented, well appearing in no apparent distress,
nontoxic, and tolerates oral intake. Discharge diagnosis, instructions and plan were
discussed with patient and patient expressed understanding.

ASSESSMENT:
M62.838 Trapezius muscle spasm  (primary encounter diagnosis)
M54.2 Neck pain
M79.2 Radicular pain in right arm

PLAN: -Rest your injured shoulder.
-Be sure to take your shoulder through range of motion exercises.
-Ice your injured shoulder for 20-30 min 3-4 times daily for 1-2 days.

-For pain / inflammation use one of the following NSAIDs (non-steroidal antiinflammatory drug) at high dose if able to tolerate for 3-4 days.



| NSAID | Max dose |
|---|---|
| ibuprofen (Motrin) | 600 - 800 mg every 6 hours |
| naproxen (Aleve) | 440 - 500 mg every 12 hours |
| | |

**Be sure to use only one NSAID at a time.**

-Tizanidine may help for muscle spasm
-If your condition does not resolve completely in a timely manner follow up with your primary care provider.

If your condition worsens or if other concerning signs and symptoms develop please return to Urgent Care or an ER promptly.

If you are a KP member you can call the KP Consulting Nurse Service at: 1-800-297-6877

or access a KP provider through Care Chat via MyChart, 24 hour a day, 7 days a week

Christopher Ryan Varady, PA-C
Kaiser Permanente Urgent Care

A total of 25 minutes were spent on today's encounter.
Time may include direct patient care, reviewing pertinent records & follow-up activity.

# ED Notes

Taryn Nelsen at 6/20/2023 11:46 AM

Patient was given discharge instructions, verbalized knowledge and understanding of same. Patient was discharged to home without

3/19/24, 3:21 PM                          Kaiser Permanente - Visit Summary

complaint, appeared in no acute distress at this time.

Taryn Nelsen, RN          *Exhibit D   15 f/g /21*

Margarita Caluya Tabudlong at 6/20/2023  9:22 AM

Triage Note:  Catherine Y Anderson is a 69 year old female who presents
with ongoing right side neck pain and right arm tingling. Since 4/30/23.
States a person fell on her, was seen in ED after the incident.

# Discharge Instructions

Christopher Ryan Varady at 6/20/2023 11:29 AM

-Rest your injured shoulder.
-Be sure to take your shoulder through range of motion exercises.
-Ice your injured shoulder for 20-30 min 3-4 times daily for 1-2 days.
-For pain / inflammation use one of the following NSAIDs (non-steroidal
antiinflammatory drug) at high dose if able to tolerate for 3-4 days.

| NSAID | Max dose |
|---|---|
| ibuprofen (Motrin) | 600 - 800 mg every 6 hours |
| naproxen (Aleve) | 440 - 500 mg every 12 hours |
| | |

**Be sure to use only one NSAID at a time.**

-Tizanidine may help for muscle spasm
-If your condition does not resolve completely in a timely manner follow up with
your primary care provider.

If your condition worsens or if other concerning signs and symptoms develop please
return to Urgent Care or an ER promptly.

If you are a KP member you can call the KP Consulting Nurse Service at: 1-800-297-
6877
or access a KP provider through Care Chat via MyChart, 24 hour a day, 7 days a
week

Christopher Ryan Varady, PA-C
Kaiser Permanente Urgent Care

Exhibit D  15 9/9/21

## Discharge Attachments

Neuropathic Pain (English)

MyChart® licensed from Epic Systems Corporation, © 1999-2023. Patents pending.

Site Map    Help    Terms of Use & Privacy Policy    Awards    Contact Us

© 2023 Kaiser Foundation Health Plan, Inc.





**PRIORITY MAIL EXPRESS®**



# PADDED FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



P S 1 0 0 0 0 0 0 0 0 0 1 6

Padded Flat Rate Envelope
EP13PE July 2022
ID: 9 1/2 x 12 1/2

**GUARANTEED\* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.